IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0982
 ((((((((((((((((

 Atrium Companies, Inc.,

 v.

 GABLES CENTRAL CONSTRUCTION, INC.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Atrium Companies, Inc.,
filed with this Court on January 28, 2010 this case is ABATED effective as
of January 20, 2010.
 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 5th day of February, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Jessica Hamby, Deputy Clerk